IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO.   23-470 |
| | : | |
| ALEXANDER PEREZ | : | |

## ORDER

**AND NOW**, this 21st day of January 2025, upon considering defendant's motion to suppress (DI 23), the government's opposition (DI 29), defendant's amended motion to suppress (DI 35), defendant's supplemental motion to suppress (DI 43), the government's opposition (DI 46), following oral argument held on September 18, 2024 and the bail review hearing held on November 22, 2024, and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motions to suppress (DI 23, 35, 43) are **DENIED**.

_____
**MURPHY, J.**